COMPLAINT by A PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C 1983

NAME   WILLIE WEAVER

PRISONER NUMBER   J-91389

INSTITUTIONAL ADDRESS   PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08   1582

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

VS.

DIRECTOR, WARDEN, FIRST WATCH ASSIST WARDEN, CAPTAIN, MEDICAL LIEUTENANT, SERGEANT, CORRECTIONAL OFFICER, INMATES CELL 204, 203.
(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. _____ (TO BE PROVIDED BY THE CLERK OF COURT)

(PR)

COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED.)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
   NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS)
   A. PLACE OF PRESENT CONFINEMENT   P.S.P
   B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓)  NO ( )
   C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
   D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

(1)

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( )   NO (✗)

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE, EXPLAIN WHY. STILL BEING PROCESSED

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.
B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
DIRECTOR, WARDEN, ASSIST WARDEN, CAPTAIN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS, INMATES IN CELL 211, 110, 209, 208, 207, 204, 205 MEDICAL

COMPLAINT       -2-

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES, WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

SLEEP DEPRIVATION OF PLAINTIFF OF HIS SLEEP ON FIRST WATCH, FROM HIS NEIGHBOR'S CALLING HIM NAMES, THREATEING, HARAASSING, CONSPIRACY IN CELL 211, 209, 208, 207, 204, 203, 110 HE'S BEING WOKEN FROM SLEEP OF SENSORY DEVICE MACHINE THESE ARE WITTNESSES ARE HAVEING THE SAME PROBLEMS JOHN RABE D-58062 B-2, CARLOS LUTZ, 03/01/08 MONTEZELLO, 1# BLOCK DEFENDANT(S) SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNS[HMENT]

IV. RELIEF
YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF, STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 50.000 FIFTY THOUSAND DOLLARS DUE TO: THREATING, HARRASSMENT'S, CONSPIRACY'S, U.S. CONSTITUTIONAL VIOLATIONS, PENAL CODE VIOLATION.

PUNITIVE DAMAGES: 50.000 FIFTY THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

SIGNED THIS __03__ DAY OF __09__ 20_08_

COMPLAINT                    - 3 -